STATE OF NEW JERSEY v. GEORGE BORGES.

March 1, 1977. Petition for certification granted.

NEW JERSEY TURNPIKE AUTHORITY v. HERRONTOWN WOODS, INC.

March 1, 1977. Petition for certification granted.

NEW JERSEY GUILD OF HEARING AID DISPENSERS v. VIRGINIA LONG, DIRECTOR, DIVISION OF CONSUMER AFFAIRS.

March 1, 1977. Petition for certification granted.

STATE OF NEW JERSEY v. VONZELL JOHNSON.

March 1, 1977. Petition for certification denied.

HAROLD HAMMOND v. CITY OF PATERSON.

March 1, 1977. Petition for certification denied.

RICHARD G. SNYDER v. THE CITY OF OCEAN CITY.

March 1, 1977. Petition for certification denied.